**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IMTIAZ CHAUDHRY | : | No. 453 MAL 2023 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| JOHN J. HUNT, III, JOHN DOE, | : | |
| UNKNOWN OCCUPANT | : | |
| | : | |
| | : | |
| PETITION OF: JOHN J. HUNT, III | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.